# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3931
Lower Tribunal No. 2023-CA-016344-O

_____

T.R.,

Appellant,

v.

ORANGE COUNTY CLERK OF COURT,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

January 10, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


T.R., pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED